IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT WAYNE DeYARMETT**                                            **PETITIONER**

v.                                                      **CAUSE NO. 1:15CV165-LG-RHW**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, ET AL.**                                                 **RESPONDENT**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [24] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [24] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. The petitioner's petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 18th day of February, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE